UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

---------------------------------------------------------------X

MARIA E. MELENDEZ, : 07-CV-05397-AKH

                Plaintiff,

                                                    **APPEARANCE**

   - against -

                                                    **ELECTRONICALLY FILED**

ALAN KASMAN D/B/A KASCO, *et al.*,

                Defendants.

---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                By:    /s/ Judith R. Cohen
                                          _____
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501

                                          *Attorney for Defendant*
                                          MERRILL LYNCH & CO., INC.